# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARLOW GRIFFIN**                                                          **PLAINTIFF**

**v.**                      **CASE NO: 2:20-CV-00053-BSM**

**DWD OF ARKANSAS, LLC**                                      **DEFENDANT**

## JUDGMENT

Following two days of trial, the jury returned a verdict on February 8, 2022, in favor of plaintiff Marlow Griffin against defendant DWD of Arkansas LLC. The jury found that Griffin sustained $435,000 in damages and apportioned fault as follows: 65% to DWD; and 35% to Griffin. Judgment is therefore entered in favor of Griffin and he is awarded damages against DWD in the amount of $282,750.

IT IS SO ORDERED this 9th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE